Slip Op. 19-91

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| JINDAL POLY FILMS LIMITED OF INDIA (A.K.A. JINDAL POLY FILMS, LTD. (INDIA)), | |
| Plaintiff, | Before: Mark A. Barnett, Judge |
| v. | Court No. 18-00038 |
| UNITED STATES, | |
| Defendant. | |

## **JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion it is hereby

**ORDERED** that the final results of the administrative review of the antidumping duty order on polyethylene terephthalate film, sheet, and strip from India, *see Polyethylene Terephthalate Film, Sheet, and Strip from India*, 83 Fed. Reg. 6,162 (Dep't Commerce Feb. 13, 2018) (final results of antidumping duty admin. review; 2015-2016), as further modified by Final Results of Redetermination Pursuant to Court Remand, ECF No. 49-1, are **SUSTAINED**; and it is further

**ORDERED** that the subject entries enjoined in this action, *see* Order for Statutory Inj. Upon Consent (Mar. 1, 2018), ECF No. 10, must be liquidated in accordance with

the final court decision, including all appeals, as provided for in section 516A(e) of the

Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

/s/    Mark A. Barnett
Judge

Dated: July 23, 2019
      New York, New York